ORIGINAL

# In the United States Court of Federal Claims

| | |
|---|---|
| KEITH RUSSELL JUDD,<br><br>          Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)   No. 16-824C<br>)<br>)   Filed August 4, 2016<br>)<br>)<br>)<br>) |

FILED
AUG - 4 2016
U.S. COURT OF
FEDERAL CLAIMS

### DISMISSAL ORDER

      By Order dated October 30, 2015, the Court directed the Clerk of the Court to accept no further actions or filings by plaintiff without an Order from the Chief Judge of the United States Court of Federal Claims (see Case No. 15-586C, docket entry no. 14). The Court's Order states, in relevant part, that "[i]n seeking leave to file any actions in this [C]ourt in the future, Mr. Judd must explain how his complaint raises new matters properly before this [C]ourt. See RCFC 11(b) (barring the filing of unwarranted or frivolous claims)." On July 11, 2016, plaintiff filed the above-captioned matter without seeking leave of the Court to file this action. And so, the Court **DISMISSES** plaintiff's complaint pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims ("RCFC"). In addition, the Court **DENIES** as moot plaintiff's motion for class certification pursuant to RCFC 23.

      The Clerk's Office is directed to **DISMISS** the complaint and to refund plaintiff's filing fee. No costs.

      **IT IS SO ORDERED.**

*s/ Lydia Kay Griggsby*
LYDIA KAY GRIGGSBY
Judge

USPS TRACKING #   9114 9014 9645 0594 5525 35
& CUSTOMER RECEIPT   For Tracking or inquiries go to USPS.com or call 1-800-222-1811.